UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Honorable  Patty Shwartz**          U.S. Post Office & Courthouse Bldg.
**United States Magistrate Judge**     Federal Square, Newark, NJ  07101
                                       (973) 645-6596

August 8, 2005

William W. Robertson, Esq.
Robertson, Freilich, Bruno & Cohen LLC
One Riverfront Plaza
4th Floor
Newark, New Jersey 07102

Paul F. Carvelli, Esq.
Paul G. McCusker, Esq.
McCusker, Anslemi, Rosen, Carvelli & Walsh
127 Main Street
Chatham, New Jersey 07928

## LETTER ORDER

    RE:    **NFL Properties V. Tailgate Tickets**
              **Civil Action No. 04-4978(KSH)**

Dear Counsel:

    There shall be a telephone conference on **August 10, 2005 at 2:30 p.m.**  Plaintiff shall initiate the telephone call.  Kindly mark your calendars accordingly.

                              **SO ORDERED.**

                              s/Patty Shwartz
                              **United States Magistrate Judge**